IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BANKS FEED, LLC                                                          PLAINTIFF

    V.                           Civil No. 16-5225

ANI-LOGICS OUTDOORS, LLC                                                 DEFENDANT

## **O R D E R**

On January 4, 2017, the parties entered into a settlement agreement after participating in a settlement conference conducted by the undersigned. Accordingly, it is hereby ORDERED that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement, pursuant to Federal Rule of Civil Procedure 41(a)(2).

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 5th day of January, 2017.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE